Same case below, 348 Fed. Appx. 854.

Same case below, 347 Fed. Appx. 306.

**No. 09-1050. Marine Express, Inc., Petitioner v. Jerrod Karmin.**

559 U.S. 1107, 130 S. Ct. 2405, 176 L. Ed. 2d 925, 2010 U.S. LEXIS 3688.

May 3, 2010. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

**No. 09-1053. Timothy D. Walker, et al., Petitioners v. City of Waterbury, Connecticut.**

559 U.S. 1107, 130 S. Ct. 2405, 176 L. Ed. 2d 925, 2010 U.S. LEXIS 3872.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 361 Fed. Appx. 163.

**No. 09-1070. Gary Van Hardy, et ux., Petitioners v. Michigan Department of Treasury.**

559 U.S. 1107, 130 S. Ct. 2411, 176 L. Ed. 2d 925, 2010 U.S. LEXIS 3740.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-1075. Mersen Georgievich Maryanyan, et al., Petitioners v. Eric H. Holder, Jr., Attorney General.**

559 U.S. 1107, 130 S. Ct. 2411, 176 L. Ed. 2d 925, 2010 U.S. LEXIS 3722.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-1160. JP Morgan Chase Bank, N.A., Petitioner v. Andrew Whalen.**

559 U.S. 1107, 130 S. Ct. 2416, 176 L. Ed. 2d 925, 2010 U.S. LEXIS 3683.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 587 F.3d 529.

**No. 09-7778. Sheena Deloache Ray, Petitioner v. United States.**

559 U.S. 1107, 130 S. Ct. 2401, 176 L. Ed. 2d 925, 2010 U.S. LEXIS 3837.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 578 F.3d 184.

**No. 09-8059. Timothy Rosencrantz, Petitioner v. Blaine Lafler, Warden.**

559 U.S. 1107, 130 S. Ct. 2401, 176 L. Ed. 2d 925, 2010 U.S. LEXIS 3700.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 568 F.3d 577.